**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FTE NETWORKS INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>INNOVATIV MEDIA GROUP, INC., a Wyoming corporation;<br><br>　　　　　　Defendant. | Case No.: 2:25-cv-01731-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PLAINTIFF FTE'S RESPONSE DEADLINE TO INNOVATIV MEDIA GROUP, INC.'S MOTION TO DISMISS COMPLAINT [8]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff FTE Networks, Inc. ("FTE") and Defendant Innovativ Media Group, Inc. ("Innovativ"), through their undersigned counsel, to extend FTE's response deadline to Innovativ Media Group, Inc.'s Motion To Dismiss Complaint [8] (the "Motion") filed on October 28, 2025.

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that FTE's answer to the Motion shall be due on November 18, 2025.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Innovativ's reply in support of the Motion shall be due on November 25, 2025.

//

//

1

IT IS SO STIPULATED.

DATED this 10th day of November, 2025.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*

JASON WILEY, ESQ.
Nevada Bar No. 9274
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com

**LEX DOMUS LAW**
Daniel S. Cereghino, Esq.
Nevada Bar No. 11534
5798 S. Durango Dr., # 105
Las Vegas, Nevada 89113
Telephone: (702) 533-4661
dan@lexdomuslaw.com

*Attorneys for FTE Networks, Inc.*

DATED this 10th day of November, 2025.

**MARQUIS AURBACH**

*/s/ Chad F. Clement*

Chad F. Clement, Esq.
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
nadams@maclaw.com

*Attorneys for Defendant*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: November 12, 2025