**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FTE NETWORKS INC., a Nevada corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>INNOVATIV MEDIA GROUP, INC., a Wyoming corporation,<br><br>               Defendant. | Case Number: 2:25-cv-01731-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE PLAINTIFF FTE NETWORKS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant Innovativ Media Group, Inc. ("Innovativ"), through the law firm, Marquis Aurbach, and Plaintiff FTE Networks, Inc. ("FTE"), by and through its counsel of record, the law firm Wiley Petersen and the law firm Lex Domus Law, hereby stipulate to extend Innovativ's time to respond to FTE's Renewed Motion for Partial Summary Judgment by two weeks, from February 25, 2026 to March 11, 2026, as the parties have reached a potential and tentative settlement pending final, binding settlement documentation and the parties require additional time to prepare settlement documents. This request is made in good faith and not for the purposes of delay.  This is the first stipulation for extension of time to oppose the renewed motion for partial summary judgment.

MAC: 17538-001 (#6266769.1)

Respectfully submitted,

**MARQUIS AURBACH**

By:*/s/ Chad F. Clement*
    Chad F. Clement, Esq.
    Nevada Bar No. 12192
    Alexander K. Calaway, Esq.
    Nevada Bar No. 15188
    Nicholas M. Adams, Esq.
    Nevada Bar No. 15859
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Innovativ*

**WILEY PETERSEN**

By:*/s/ Jason M. Wiley*
    Jason M. Wiley, Esq.
    jwiley@wileypetersenlaw.com
    Leslie L. Phiefer, Esq.
    lphiefer@wileypetersenlaw.com
    10000 W. Charleston Boulevard, Suite 230
    Las Vegas, Nevada 89135

**LEX DOMUS LAW**
Daniel S. Cereghino, Esq.,
dan@lexdomuslaw.com
Brandi M. Segura, Esq.
brandi@lexdomuslaw.com
1712 Tesara Vista Place
Las Vegas, NV 89128

*Attorneys for Plaintiff*
*FTE Networks Inc.*

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED.

DATED this 25 day of February, 2026.

_____
ANNE R. TRAUM
U.S. DISTRICT JUDGE

Page 2 of 2

MAC: 17538-001 (#6266769.1)