**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FTE NETWORKS INC., a Nevada corporation,<br><br>              Plaintiff,<br>      vs.<br><br>INNOVATIV  MEDIA  GROUP,  INC.,  a Wyoming corporation;<br><br>              Defendant. | CASE NO.: 2:25-cv-01731-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims with prejudice, with each party to bear its own attorneys' fees and costs.

///

///

///

///

///

///

[Signature blocks on following page]

1

**IT IS SO STIPULATED.**

DATED this 4ᵗʰ day of June, 2026.

DATED this 4ᵗʰ day of June, 2026.

**WILEY PETERSEN**

**LEX DOMUS LAW**

*/s/ Jason M. Wiley*

*/s/ Daniel S. Cereghino*

_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
10000 W Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com

_____
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 11534
5798 S. Durango Dr., # 105
Las Vegas, Nevada 89113
Telephone: 702.533.4661
dan@lexdomuslaw.com

*Attorneys for FTE Networks, Inc.*

*Attorneys for FTE Networks, Inc.*

DATED this 4ᵗʰ day of June, 2026.

**MARQUIS AURBACH**

*/s/ Chad F. Clement*

_____
CHAD F. CLEMENT, ESQ.
Nevada Bar No. 12192
ALEXANDER K. CALAWAY, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
cclement@maclaw.com
acalaway@maclaw.com

*Attorneys for Defendant Innovativ Media Group, Inc.*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: June 5, 2026

2